# United States District Court For The District Of Massachusetts

Michael A. Josey, Pro-se,
Plaintiff,

vs.

Commonwealth,
Defendant.

Civil Action

No. _____

FILED
IN CLERKS OFFICE
2020 OCT 29 AM 1:39
U.S. DISTRICT COURT
DISTRICT OF MASS.

## COMPLAINT

### I. Jurisdiction:

1.) Jurisdiction of this Court is invoked pursuant

pursuant to Title 42 U.S.C. § 1983 this is a civil action brought by the individually named Plaintiff seeking to redress a deprivation of rights, priviledge's and immunities secured citizens of the United States under color of law and the United States Constitution.

2.) This Civil Action has been litigated in Suffolk Superior Court, Civil Action No. 2084 CV 00388. Plaintiff

seeks a Trial by Jury, compansatory and punitive damages in the amount of 50,000,000 for pain and suffering. False/ wrongful imprisonment, deprivation of law school admissions while everything was filed, education robbery, fifteen (15) years homeless housing discrimination and ect..

## II. Facts:

3.) The Plaintiff filed Law School applications. He was tricked moved into a building, jumped out the window alive when the fire took place, hospitilized and brought to Court.

4.) The Plaintiff was wrongfully (False) imprisoned by the Defendant.

## III. Cause Of Action:

5.) False imprisonment

M.G.L. ch. 258D in violation of the Fourteenth Amendment of the United States Constitution (Liberty interest).

6.) Deprived of attending Law School (Education) Equal Education Opportunity in violation of the United States Constitution. Brown V. Board Of Education.

7.) The Plaintiff was put in the building set up he would have never been homeless

(15) fifteen years, housing discrimination in violation of the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

## IV. Prayer For Relief:

Wherefore, the Plaintiff prays that this Honorable Court will grant the following relief:

a.) Grant a Trial by Jury;

b.) Award Plaintiff damages compensatory and punitive;

c.) Grant such other and further relief deemed just and proper.

Respectfully Submitted,

*Michael A. Josey*

Michael A. Josey
P.O. Box 120242
Boston, MA 02112
617-259-6315

Dated: