UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| MICHAEL A. JOSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-cv-11956-PBS |
| | ) | |
| COMMONWEALTH OF MASSACHUSETTS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF ERIC A. MARTIGNETTI

I, Eric A. Martignetti, hereby depose and state as follows:

1.      I am an Assistant Attorney General and counsel for Defendant Commonwealth of

Massachusetts ("Commonwealth") in this matter.

2.      Attached hereto as Exhibit A is a true and accurate copy of Plaintiff's Complaint

filed in *Josey v. Commonwealth*, Suffolk Superior Court, Civil Action No. 2084CV00388 ("2020

State Court Action").

3.      Attached hereto as Exhibit B is a true and accurate copy of Plaintiff's Motion to

Amend Complaint filed in *Josey v. Commonwealth*, Suffolk Superior Court, Civil Action No.

1084CV00977.

4.      Attached hereto as Exhibit C is a true and accurate copy of the Court's margin

order allowing the Commonwealth's Motion to Dismiss in the 2020 State Court Action.

5.      Attached hereto as Exhibit D is a true and accurate copy of the Court's Judgment

on Motion to Dismiss in the 2020 State Court Action.

1

Signed under the penalties of perjury on February 3, 2021.


/s/ Eric A. Martignetti
Eric A. Martignetti




**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and copies were sent by first-class mail to those indicated as non-registered participants on February 3, 2021.


/s/ Eric A. Martignetti
Eric A. Martignetti