Commonwealth Of Massachusetts

Suffolk, S.S.                    Superior Court
                                 Department Of The
                                 Trial Court
                                 Civil Action
                                 No. 20-0388F

Michael A. Josey, Pro-se,
              Plaintiff,

         vs.

Commonwealth Of Massachusetts
              Defendant.

# COMPLAINT

## I. Jurisdiction:

1.) This is a civil action brought by the

individually named Plaintiff, Michael A. Josey, Pro-se, seeking to redress a deprivation of his civil rights a liberty interest is at stake. The Statute for this case is M.G.L. ch. 258① §1 thru 4 a negligence claim is filed here and in Suffolk Superior Court Civil Action Number 10-0977-F the case is still open and must be dealt with.

## II. Statement Of Facts:

2.) The Plaintiff,

Michael A. Josey, filed a civil action in this Court under M.G.L. ch. 258D § 1 thru 4 the case is still open, we have a statute that went into effect December 30, 2004. A negligence claim is brought (See Suffolk Superior Court Civil Action Number 10-0977-F).

III. Cause Of Action:

3.) Negligence Claim: Donovan V. Morris, 914 N.E.

2d 891, 455 Mass. 215 (2009), Sullivan v. Iantosca, 569 N.E. 2d 822, 409 Mass. 796 (1991), Parent v. Stone & Webster Engineering, 556 N.E. 2d 1009, 408 Mass. 108 (1990).

4.) Statute:

Commonwealth v. Mattier, 50 N.E. 3d 157, at 164, 474 Mass. 261 (2016), Commonwealth v. Diggs, 54 N.E. 3d 1115, at 1117, 475 Mass. 79 (2016).

IV. Prayer For Relief:

5.) Wherefore, the Plaintiff prays for Relief as requested in the original complaint, and any other relief this Court might deem just proper and in the best interest of Justice. It's late in the day, it ought not take a Daniel to read the writing on the wall.

Respectfully Submitted,
/S/ Michael A. Josey
Michael A. Josey
P.O. Box 120242
Boston, MA 02112

Date: February 7, 2020