Commonwealth Of Massachusetts

Suffolk, S.S.   Superior Court
Department Of The
Trial Court
Civil Action
No. 10-0977-F

Michael A. Josey,
  Plaintiff,

VS.

Commonwealth Of Massachusetts
  Defendant.

## Motion To Amend Complaint

Now comes the Plaintiff, Michael A. Josey, Pro-se, in the above entitled action and moves that this

Court Amend To The Complaint the following Motion To Amend Complaint & Amended Complaint.

## I. Jurisdiction:

Jurisdiction of this Court is invoked pursuant to M.G.L. ch. 258D §1, and a negligence claim. The effective date of M.G.L. ch. 258D §1 is December 30, 2004. Suffolk Superior Court Civil Action Number 10-0977-F was filed in March of 2010 and statute is six years, therefore the case is still open.

## II. Facts:

The Plaintiff, Michael A. Josey, was brought into Roxbury District Court and charged with (Arson) a fire on Deckard Street under M.G.L. ch. 266 §1 and sentenced the sentence was later vacated.

This claim was originally filed in this Court in March of 2010 and is still open it's within the six year statute. The door can't be closed on Justice. Justice Denied is no justice.

-4-

## III. Cause Of Action:

### Negligence Claim:

Donovan V. Morris, 914 N.E. 2d 891, 455 Mass. 215 (2009), Sullivan V. Iantosca, 569 N.E. 2d 822, 409 Mass. 796 (1991), Parent V. Stone & Webster Engineering, 556 N.E. 2d 1009, 408 Mass. 108 (1990)

## IV. Prayer For Relief:

Wherefore, the Plaintiff prays for Relief as requested in the original complaint, and any other relief this Court might deem just proper and

in the best interest of <u>Justice</u>.

Respectfully Submitted,

/s/ <u>Michael A. Josey</u>
Michael A. Josey
P.O. Box 120242
Boston, MA 02112

Date: January ___, 2020