**6**

NOTIFY

| JUDGMENT ON MOTION TO DISMISS | Trial Court of Massachusetts<br>The Superior Court |
|---|---|
| DOCKET NUMBER<br>**2084CV00388** | Michael Joseph Donovan, Clerk of Court |
| CASE NAME<br>Josey, Michael A<br>vs.<br>Commonwealth of Massachusetts | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

JUDGMENT FOR THE FOLLOWING DEFENDANT(S)
Commonwealth of Massachusetts

JUDGMENT AGAINST THE FOLLOWING PLAINTIFF(S)
Josey, Michael A

This action came on before the Court, Hon. Heidi Brieger, presiding, and upon review of the motion to dismiss pursuant to Mass. R.Civ.P. 12(b),

It is **ORDERED AND ADJUDGED:**

Defendant's Motion to Dismiss is ALLOWED. Plaintiff's Complaint is hereby dismissed.

Notice
sent
7-20-20
MAS

EM
MAGO

JUDGMENT ENTERED ON DOCKET JULY 20, 2020
PURSUANT TO THE PROVISIONS OF MASS. R. CIV. P.58(a)
AND NOTICE SEND TO PARTIES PURSUANT TO THE PRO-
VISIONS OF MASS. R. CIV. & 77(d) AS FOLLOWS

| DATE JUDGMENT ENTERED<br>07/16/2020 | ~~CLERK OF COURTS~~/ ASST. CLERK<br>X  _[signature]_ |
|---|---|

Date/Time Printed: 07-16-2020 08:13:56

SCV083\ 03/2016